# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS BONILLA,<br><br>                    Petitioner,<br><br>          v.<br><br>CLARK E. DUCART, Warden,<br><br>                    Respondent. | CASE NO. 2:15-CV-09287-ODW (SK)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   February 3, 2017          _____

                              OTIS D. WRIGHT II
                              U.S. DISTRICT JUDGE